DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ELIANA COHEN,**
Appellant,

v.

**SMS FINANCIAL CH, LLC,**
Appellee.

No. 4D2025-1802

[March 19, 2026]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Betsy Benson, Judge; L.T. Case No. COCE-24-066019.

Eliana Cohen, Coral Springs, pro se.

Richard Bernard Storfer of Lorium Law, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, FORST and SHEPHERD, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***